IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 23- |
| v. | : | DATE FILED: |
| JIHEIS MOORE | : | VIOLATIONS:<br>18 U.S.C. § 922(o) (possession of a machinegun – 1 count) |
| | : | 21 U.S.C. § 841(a)(1), (b)(1)(C) (possession with intent to distribute cocaine base ("crack") – 1 count) |
| | : | 18 U.S.C. § 924(c) (possession of a firearm in furtherance of a drug trafficking crime |
| | : | – 1 count)<br>Notice of forfeiture |

### INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about December 9, 2022 in Philadelphia, in the Eastern District of Pennsylvania, defendant

**JIHEIS MOORE**

knowingly possessed a machinegun, as defined by Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), that is, a Glock conversion device also known as a "Glock switch," a part designed for use in converting a weapon into a machine gun.

In violation of Title 18, United States Code, Section 922(o).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 10, 2023 in Philadelphia, in the Eastern District of Pennsylvania, defendant

**JIHEIS MOORE**

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(l), (b)(l)(C).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 10, 2023, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**JIHEIS MOORE**

knowingly possessed a firearm, that is, a black Taurus, 9mm semi-automatic pistol, bearing serial number 1C05044B, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, as charged in Count Two of this indictment, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Sections 922(o) and 924(c), as set forth in Counts One and Three of this indictment, defendant

**JIHEIS MOORE**

shall forfeit to the United States of America the firearm involved in the commission of such offense, including but not limited to:

a black Taurus, 9mm semi-automatic pistol, bearing serial number 1C05044B, 18 rounds of live ammunition, and a Glock switch;

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

**GRAND JURY FOREPERSON**

**JACQUELINE C. ROMERO**
**UNITED STATES ATTORNEY**

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

JIHEIS MOORE

## INDICTMENT

Counts

18 U.S.C. § 922(o) (possession of machinegun – 1 count), 21 U.S.C. § 841(a)(1), (b)(1)(C) (possession with intent to distribute and distribution of cocaine base – 1 count) 18 U.S.C. § 924(c) (possession of a firearm in furtherance of a drug trafficking crime– 1 count), Notice of forfeiture



Filed in open court this 20th day,

Of _____ A.D. 20__

Bail, $ _____